## POWER OF ATTORNEY

WHEREAS, Edward S. Irons and Mary L. Irons ("the Irons") own some 35% of Irons LLC, a Virginia limited liability corporation; and

WHEREAS, the Irons also own an interest in that certain property located at 8075 Lee Haven Road, Easton, Maryland; and

WHEREAS, it is the intention of the Irons that Irons LLC should be responsible to conduct all business matters which now exist or may arise regarding their interest in the aforesaid Easton, Maryland property; and

WHEREAS, Irons LLC agrees to accept said responsibility.

THEREFORE, the Irons hereby constitute and appoint Irons LLC as the Irons true and lawful attorney in the Irons name, place and stead to conduct all business matters of any kind whatever pertaining to, relating to or involving their aforesaid interest in the said Easton, Maryland property.

_March 30, 2006_  
Date

_[signature]_  
Edward S. Irons

_MARCH 30, 2006_  
Date

_[signature]_  
Mary L. Irons

Irons LLC hereby accepts and agrees to conduct exclusively all business matters regarding the interest of the Irons in the said Easton, Maryland property.

_March 30, 2006_  
Date

IRONS LLC

_[signature]_  
Edward S. Irons, Managing Member

EXHIBIT 3