CO-386-online
10/03

# United States District Court
# For the District of Columbia

IRONS LLC )
)
)
)
)
             Plaintiff )   Civil Action No. _____
vs )
)
WILLIAM FREDERICK BRANDES )
)
)
           Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __PLAINTIFF_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __NONE_____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

149898
BAR IDENTIFICATION NO.

EDWARD S. IRONS
Print Name

3945 - 52ND STREET, N.W.
Address

WASHINGTON, D. C.  20016
City      State     Zip Code

(202) 362-5332
Phone Number