THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRONS, LLC,
3945 52nd Street, N.W.
Washington, D.C.  20016

    *Plaintiff*,

v.

WILLIAM BRANDES,
4201 Cathedral Avenue, N.W.
Apt. 517
Washington, D.C.  20016

    *Defendant*.

Civil Action No. 06-cv-904 JR

## *NOTICE OF ENTRY OF APPEARANCE*

TO THE CLERK:

Please enter the appearance of Furey, Doolan & Abell, LLP and Robert E. Grant as counsel for Defendant William Brandes.

    Respectfully submitted,

    FUREY, DOOLAN & ABELL, LLP

    By: /s/
    Robert E. Grant, Bar No. 458157
    8401 Connecticut Avenue
    Suite 1100
    Chevy Chase, Maryland  20815-5803
    Tel. 301.652.6880
    Fax 301.652.8972
    E-mail rgrant@fdalaw.com

    *Attorneys for Defendant*