LAW OFFICES

# FUREY, DOOLAN & ABELL, LLP

SUITE 1100
8401 CONNECTICUT AVENUE
CHEVY CHASE, MARYLAND 20815-5819
(301) 652-6880
FAX: (301) 652-8972
www.fdalaw.com

DEVIN JOHN DOOLAN
W. SHEPHERDSON ABELL
ELSIE L. REID
PHILIP L. O'DONOGHUE
MARIANNE RENJILIAN LOMAN
JULIA L. O'BRIEN
VINCENT C. BURKE, III
MICHAEL A. DYMERSKY*
JAMES G. NOLAN
ROBERT L. BROWNELL
PATRICK F. GREANEY

*ALSO ADMITTED IN VA

LILLIAM L. MACHADO
ROBERT E. GRANT
CHARLES S. ABELL
MICHAEL F. X. DOLAN, JR.

TANYA CALVELLI BERNSTEIN
MEGAN M. WALLACE*
JEANNETTE OWEN ROEGGE
REBECCA L. BIXLER

EGBERT R. FERGUSON, JR.
SAMUEL S. D. MARSH
HAL WITT
OF COUNSEL

rgrant@fdalaw.com

September 25, 2006

**BY TELEFAX & REGULAR MAIL**

Edward S. Irons, Esquire
3945 52 Street, N.W.
Washington, D.C. 20016

    Re:    *Irons, LLC v. William Brandes, Case No. 06-cv-904 (JR)*

Dear Mr. Irons:

    I am in receipt of a copy of your letter dated September 12, 2006, which you sent directly to Mr. Brandes. You have known for at least six months now that I represent Mr. Brandes in this matter. You do not have my permission to communicate directly with Mr. Brandes; please comply with Rule 4.2(a) of the Rules of Professional Conduct, applicable to these proceedings by operation of L.Cv.R. 83.15(a).

    Please call me if you would like to discuss my accepting service on behalf of Mr. Brandes.

Very truly yours,

Robert E. Grant

cc:    Client (by facsimile)

{FDADB\00753699\v1\7047\02 9/25/2006 11:09 AM}