THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONS, LLC, | : |
| *Plaintiff*, | : |
| v. | : Civil Action No. 06-cv-904 JR |
| WILLIAM FREDERICK BRANDES, | : |
| *Defendant*. | : |

## ***ORDER***

UPON CONSIDERATION of Plaintiff Irons, LLC's Motion Under Fed. R. Civ. P. 4(d), and Defendant William F. Brandes' Memorandum of Points and Authorities in Opposition thereto, it is this _____ day of October, 2006, by the United States District Court for the District of Columbia, hereby

ORDERED, that Plaintiff Irons, LLC's Motion Under Fed. R. Civ. P. 4(d) be, and the same hereby is, DENIED.

{FDADB\00760526\v1\7047\02 10/10/2006 11:02 AM}