# ARTICLES OF ORGANIZATION
# OF
# IRONS LLC

THIS IS TO CERTIFY THAT:

**FIRST:** The undersigned person, being at least eighteen (18) years of age, does hereby form a limited liability company (the "Company") under the Laws of the Commonwealth of Virginia by the execution and filing of these Articles of Organization pursuant to the authority of Chapter 12 of Title 13.1 of the Code of Virginia of 1950, as amended.

**SECOND:** The name of the organization is: **IRONS LLC**.

**THIRD:** The purposes for which the organization is formed are as follows:

(a) To acquire, manage and hold investments including, without limitation, ownership, or beneficiary of annuities, life insurance policies, stocks, bonds, funds, accounts and other marketable securities or insurance related products.

(b) To purchase, lease or otherwise acquire, hold, develop, improve, mortgage, sell, exchange, let or in any manner encumber or dispose of property of every nature and description (real, personal, mixed and/or intangible) wherever situated.

(c) To apply for, obtain, purchase, or otherwise acquire any licenses, permits, permissions, and the like, which might be used for any of the purposes of the Company; and to use, exercise and develop said licenses, permits and permissions and to sell and otherwise deal with the same.

(d) To loan, or advance money with or without security, without limit as to amount; and to borrow and raise money for any purposes of the Company, and in furtherance thereof, to execute any and all notes, drafts, and other instruments or any other evidences of indebtedness, and to secure the payment thereof, and interest thereon, by mortgage upon, or pledge or conveyance or assignment in trust of, the whole or any part of the property of the Company (real, personal, mixed and/or intangible), including contract rights, whether then owned or thereafter acquired.

(e) To carry on any of the businesses herein enumerated for itself, or for account of others, or through others for its own account, and to carry on any other business which may be deemed by it to be calculated, directly or indirectly, to effectuate or facilitate the transaction of the hereinstated objects or businesses, or any of them, or any part thereof, or to enhance the value of its property, business or rights.

The aforegoing enumeration of the purposes, objects and business of the Company is made in furtherance, and not in limitation, of the powers conferred upon the Company by law, and is not intended, by the mention of any particular purposes, objects or business, in any

manner to limit or restrict the generality of any other purpose, object or business mentioned, or to limit or restrict any of the powers of the Company.

The Company is hereby authorized to engage in any other lawful activity for which limited liability companies may be organized under the Limited Liability Company Act of the Code of Virginia, 1950, as amended from time to time, and under any successor and/or replacement to said Act, and all other purposes permitted by the Laws of the Commonwealth of Virginia.

**FOURTH:** The address of the registered office in Virginia is 221 South Alfred Street, Alexandria, City of Alexandria, Virginia 22314. The registered agent's name is Patience Ann Alexander, Esquire, whose business address is identical with the registered office. The registered agent is a resident of Virginia, presently resides therein, and is a member of the Virginia State Bar.

**FIFTH:** The post office address of the principal office where the records will be maintained pursuant to Virginia Code Annotated §13.1-1028 is 3945 52nd Street, N.W., Washington, District of Columbia 20016.

**SIXTH:** The term of the Company begins upon recordation hereof and ends upon any act causing dissolution and/or termination under the Virginia Limited Liability Company Act, unless inconsistent with the provisions of the Operating Agreement lawfully providing to the contrary.

**SEVENTH:** The following provisions are hereby adopted for the purposes of defining, limiting, and regulating the powers of the Company and any of the members thereof:

(a) The management of the Company is reserved to the members of the Company, and the authority of members to act for the Company solely by virtue of their being members, is limited. Members' authority is set forth in the Operating Agreement.

(b) Any member of the Company may lend money to or transact any other business with the Company, directly or indirectly and have the same rights and obligations with respect thereto as a person who is not a member as provided for in Section 13.1-1026 of the Limited Liability Company Act, as amended.

(c) The Company reserves the right to amend its Articles of Organization so that such amendment may alter the contract rights, as expressly set forth in the Articles of Organization, even though such rights are substantially adversely affected, and any objecting member whose rights may or shall be thereby substantially adversely affected shall not be entitled to the same rights as an objecting member in the case of a consolidation or merger; and, as long as all members are treated equally, then even though an amendment may substantially adversely affect them, no cause of action at law or equity shall accrue on account of such amendment.

(d) The members of the Company shall not be personally liable for the debts, liabilities or obligations of the Company which arise by contract, tort, or otherwise.

**EIGHTH:** In each case where the Code of Virginia, as hereafter amended from time to time, requires a greater than majority vote of the members or membership interests of the Company before a particular action may be taken by the Company, that greater than a majority vote requirement shall be lowered to an affirmative vote of the holders of a majority of membership interests. This provision in the Articles is meant to reduce the greater than a majority voting requirement for (but not be limited to) each of the following organizational actions: article amendments, consolidation, merger, substantial sale of assets, liquidation, and dissolution.

IN WITNESS WHEREOF, I have signed these Articles of Organization on this 30th day of October, 2002.

WITNESS: _____    _____
                                                                          Edward S. Irons

3

# Commonwealth of Virginia

## STATE CORPORATION COMMISSION

*Richmond, December 3, 2002*

*This is to certify that the certificate of organization of*

**IRONS LLC**

*was this day issued and admitted to record in this office and that the said limited liability company is authorized to transact its business subject to all Virginia laws applicable to the company and its business. Effective date: December 3, 2002*



*State Corporation Commission
Attest:*

*Joel H. Peck*
Clerk of the Commission

CIS0461

# Commonwealth of Virginia



## State Corporation Commission

*I Certify the Following from the Records of the Commission:*

The foregoing is a true copy of all documents filed in this office by IRONS LLC, a VIRGINIA Limited Liability Company.

Nothing more is hereby certified.



*Signed and Sealed at Richmond on this Date:*
*December 4, 2002*

*Joel H. Peck, Clerk of the Commission*

CIS0502