## ASSIGNMENT OF COMPANY INTEREST

THIS ASSIGNMENT, made as of the 15th day of February, 2003, by Mary Lee Irons, Trustee of the Mary Lee Irons Amended and Restated Revocable Trust Agreement, dated December 16, 2002, (hereinafter "Assignor") to William F. Brandes (hereinafter "Assignee").

### RECITALS

WHEREAS, Assignor desires to transfer to Assignee all right, title and interest in and to a 10.3984% interest in Irons LLC (hereinafter "Company Interest").

NOW, THEREFORE, in consideration of love and affection and for no monetary consideration but for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Assignor hereby agrees and does as follows:

1. **Transfer of Company Interest.** Assignor hereby assigns and transfers unto the Assignee, as set forth above, the Company Interest.

2. **Further Assurances.** Assignor shall execute such other documents as are required by the Assignee to ensure the proper transfer of the Company Interest transferred hereunder, upon Assignee's request.

3. **Binding Effect.** This Assignment shall bind the Assignor, Assignor's heirs, assigns, and personal representatives, and shall inure to the benefit of the Assignee, Assignee's heirs, assigns and personal representatives.

4. **Put Right.** For a period of sixty (60) days from the date of this Assignment first written above, Assignee shall have the right to cause Assignor to buy back from Assignee the Company Interest at fair market value for federal gift tax purposes, taking into account all applicable discounts. This right shall be exercisable by written notice to Assignor.

IN WITNESS WHEREOF, the Assignor has executed and sealed this Assignment as of the date first above written.

WITNESS:                                             _____ (SEAL)
_____                            Mary Lee Irons, Trustee

EXHIBIT 4

I HEREBY ACCEPT the above Assignment of Company Interest and agree to abide by the terms of the Operating Agreement of Irons LLC.

WITNESS:

_Carin Brandes_  _____William F. Brandes_____
                  William F. Brandes

Date: 03-13-03


I HEREBY CONSENT to the above Assignment of Company Interest.

WITNESS:

_____  _____
                       Edward S. Irons, Managing Member

Date: _____