```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

IRONS, LLC                              :
                                        :
            Plaintiff                   :
                                        :
        v.                              :  Civil Action No.
                                        :  1:06CV00904JR
WILLIAM FREDERICK BRANDES               :
                                        :
            Defendant                   :

**PLAINTIFF'S PROPOSED SCHEDULING ORDER AND SETTLEMENT AGREEMENT**

    The November 1, 2006 Order states: "Reset hearing: Initial Scheduling Conference RESET for 11/8/2006 04:00 PM in Courtroom 23A before Judge James Robertson".

    Plaintiff requests that a reporter prepare a real time record of this hearing.

    Exhibit 1 attached hereto is a draft of a "Proposed Scheduling Order and Settlement Agreement" which is acceptable to plaintiff, Irons LLC.

    Dated this 7th day of November, 2006.

```
                              /s/_____
                              Edward S. Irons
                              D.C. Bar No. 149898
                              Edward S. Irons, P.C.
                              3945 - 52nd Street, N. W.
                              Washington, D. C. 20016
                              (202)  362-5332 - voice
                              (202)  966-1338 - fax
                              Tingent@aol.com - email
                              Attorney for Plaintiff
```

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 7th day of November, 2006, a copy of the foregoing was served by filing with the Court's CM/ECF system upon Robert E. Grant, Furey, Doolan & Abell, LLP, 8401 Connecticut Avenue, Suite 1100, Chevy Chase, Maryland 20815-5803, E-mail address: rgrant@fdalaw.com.

                              /s/  
                              Edward S. Irons

**EXHIBIT 1**
**PLAINTIFF'S PROPOSED SCHEDULING ORDER AND SETTLEMENT AGREEMENT**

1. **Status of the Case** - Plaintiff filed a First Amended Complaint on Friday, November 3, 2006.

2. **Settlement Possibility** - Plaintiff will dismiss the Complaint with prejudice and pay defendant the sum of Ten Thousand ($10,000.00) Dollars within five (5) days after receipt of

   (a) An assignment by defendant to defendant's daughter, Lauren brandes, of the entirety of defendant's interest, if any, in plaintiff Irons LLC and

   (b) An agreement that the parties shall retain realtor, W.C. and A.N. Miller Development Company, to sell the property located at 8075 Lee Haven Road, Easton, Maryland, wherein eighty (80%) percent of the net proceeds of said sale shall be paid to Edward S. Irons and Mary L. Irons, who provided about 80% of the original $632,000 purchase price of said property.

3. **Schedule** - If the case is not settled:

   (a) Defendant shall respond to the First Amended Complaint on or before November 24, 2006.

   (b) Deadline for Discovery Requests - December 29, 2006.