```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

IRONS LLC                         :
                                  :
          Plaintiff               :
                                  :
     v.                           :  Civil Action No.
                                  :  1:06CV00904JR
WILLIAM FREDERICK BRANDES         :
                                  :
          Defendant               :
```

NOTICE OF
AMENDMENT TO
ARTICLES OF ORGANIZATION
<u>OF IRONS LLC</u>

A copy of the Articles of Organization of Irons LLC ("Articles") is Exhibit 1 of the First Amended Complaint. According to the Articles, page 2:

> SEVENTH: The following provisions are hereby adopted for the purposes of defining, limiting, and regulating the powers of the Company and any of the members thereof:
>
> (a) The management of the Company is reserved to the members of the Company, and the authority of members to act for the Company solely by virtue of their being members, is limited. Members' authority is set forth in the Operating Agreement.
>
> ***
>
> (c) The Company reserves the right to amend its Articles of Organization so that such amendment may alter the contract rights, as expressly set forth in the Articles of Organization, even though such rights are substantially adversely affected, and any objecting member whose rights may or shall be thereby substantially adversely affected shall not be entitled to the same rights as an objecting member in the case of a consolidation or merger; and, as long as all members are treated equally, then even though an amendment may substantially adversely affect them, no cause

of action at law or equity shall accrue on account of such amendment.

A copy of the Irons LLC Operating Agreement ("Operating Agreement") is Exhibit 2 of the First Amended Complaint. According to the Operating Agreement, page 1:

## IRONS LLC
## OPERATING AGREEMENT

THIS OPERATING AGREEMENT (hereinafter called "Operating Agreement", which term shall refer to all future amendments hereto) is made this 16th day of December, 2002, by and between the undersigned members, the addresses for the members being set forth by the attached EXHIBIT A.

The said Exhibit A to the Operating Agreement does not set forth that the Company is an undersigned "member".

The Operating Agreement also states:

## SECTION 8
## MANAGEMENT OF THE COMPANY'S BUSINESS

   A.   Edward S. Irons shall be the initial managing member and shall conduct the day-to-day business affairs of the Company to the extent such affairs shall need to be managed.

   B.   The managing member's powers shall include, but not be limited to, the following:

      (1)  Entering into, making and performing contracts, agreements and other undertakings binding the Company that may be necessary, appropriate and advisable in furtherance of the purposes of the Company.

      (2)  Opening and maintaining bank accounts, investment accounts and other arrangements, drawing checks and other orders for the payment of money, and designating individuals with authority to sign or give instructions with

respect to those accounts and arrangements.  Company funds shall not be commingled with funds from other sources and shall be used solely for the business of the Company.

      (3)  Collecting funds due to the Company.

      (4)  Acquiring, utilizing for the Company's purposes, maintaining and disposing of any assets of the Company.

      (5)  To the extent that funds of the Company are available therefor, paying debts and obligations of the Company.

      (6)  Borrowing money or otherwise committing the credit of the Company for Company activities, and voluntarily prepaying or extending any such borrowing.

      (7)  Employing from time to time persons, firms or corporations for the operation and management of various aspects of the Company's business, including, without limitation, managing agents, contractors, subcontractors, architects, engineers, laborers, suppliers, appraisers, accountants and attorneys on such terms and for such compensation as the managing member shall determine.

      (8)  Making elections available to the Company under the Internal Revenue Code.

      (9)  Obtaining general liability, property and other insurance for the Company as the managing member deems proper.

      (10)  Doing and performing all such things and executing, acknowledging and delivering any and all such instruments as may be in furtherance of the Company's purposes and necessary and appropriate to the conduct of its business.  [pp. 6-7]

      \*\*\*

## SECTION 9
## POWER OF ATTORNEY

   A.  Each member does hereby irrevocably constitute and appoint the managing member serving in office from time to

time as such member's true and lawful attorney, in his or her name, place and stead, to make, execute, consent to, swear to, acknowledge, record and file from time to time any and all of the following:

***

(2) Any amendment to the articles of organization adopted as provided in this Operating Agreement.  [p. 9]

***

SECTION 21
BINDING EFFECT OF OPERATING AGREEMENT

This Operating Agreement shall be binding upon and inure to the benefit of the parties hereto as well as any future members and their respective heirs, executors, administrators, personal representatives, legatees, successors and/or assigns; and constitutes the entire agreement between the parties hereto, and any prior or contemporaneous written or oral agreements or statements to the contrary notwithstanding.  [pp. 15-16]

Because the Company is not a party thereto, the Operating Agreement is not "binding upon" the Company.

Notice is hereby given that the effective date of the attached "Amendment to the Articles of Organization" is November 13, 2006.

/s/
Edward S. Irons
D.C. Bar No. 149898
Edward S. Irons, P.C.
3945 - 52nd Street, N. W.
Washington, D. C. 20016
(202)  362-5332 - voice
(202)  966-1338 - fax
Tingent@aol.com - email
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 13th day of November, 2006, a copy of the foregoing was served by filing with the Court's CM/ECF system upon Robert E. Grant, Furey, Doolan & Abell, LLP, 8401 Connecticut Avenue, Suite 1100, Chevy Chase, Maryland 20815-5803, E-mail address: rgrant@fdalaw.com.

                               /s/_____
                               Edward S. Irons

# AMENDMENT TO
# ARTICLES OF ORGANIZATION
# <u>OF IRONS LLC</u>

Pursuant to Operating Agreement, Section 9, Managing Member Edward S. Irons makes, executes and consents to the following Amendment of the Articles of Organization.

Specifically, part "THIRD" of the Articles is amended by the addition of a new paragraph "(f)". Said new paragraph "(f)" states, in its entirety:

(f)  To initiate, prosecute and maintain, but solely by civil federal court litigation and not by arbitration or mediation, litigation as may be deemed necessary or appropriate by the Managing Member to enforce any claim by the Company that any interest in the Company purportedly owned by any member was fraudulently procured and is therefore null and void <u>ab initio</u>.

<u>/s/ November 13, 2006</u>        <u>/s/                              </u>
Date                                Edward S. Irons
                                    Managing Member