THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONS, LLC, | : |
| *Plaintiff*, | : |
| v. | : Civil Action No. 06-cv-904 JR |
| WILLIAM FREDERICK BRANDES, | : |
| *Defendant*. | : |

### ***ORDER***

UPON CONSIDERATION of Defendant William F. Brandes' Motion to Dismiss and for Costs Pursuant to Rule 41(d), and Statement of Points and Authorities in Support thereof, and any opposition thereto, it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia, hereby

ORDERED, that Defendant William F. Brandes' Motion to Dismiss and Request for Attorney's Fees Pursuant to Rule 41(d) be, and the same hereby is, GRANTED; and it is further

ORDERED, that this action be, and it hereby is, DISMISSED WITH PREJUDICE; and it is further

ORDERED, that within ten days of the entry of this Order, Defendant William F. Brandes shall file a bill of costs, including attorney's fees, for the Court's consideration.

{FDADB\00763099\v1\7047\02 11/22/2006 02:27 PM}