```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

IRONS LLC                         :
                                  :
           Plaintiff              :
                                  :
        v.                        :   Civil Action No.
                                  :   1:06CV00904JR
WILLIAM FREDERICK BRANDES         :
                                  :
           Defendant              :
```

## PLAINTIFF'S MOTION FOR RECUSAL

Plaintiff Irons LLC respectfully invokes Judicial Canons 2, 2A and 3 to request recusal of Judge James Robertson.

## JUDICIAL CANONS 2, 2A and 3

Judicial Canons 2, 2A and 3 state:

### CANON 2
### A JUDGE SHOULD AVOID
### IMPROPRIETY AND THE APPEARANCE
### OF IMPROPRIETY IN ALL ACTIVITIES

A. A judge should respect and comply with the law and should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary.

***

### CANON 3
### A JUDGE SHOULD PERFORM THE DUTIES
### OF THE OFFICE IMPARTIALLY AND DILIGENTLY

## EVIDENCE

The respondent's alleged violation of Canons 2, 2A and 3 is evidenced by his statements from the bench during the November 8, 2006 Scheduling Conference. The transcript of that hearing shows that the respondent judge, <u>prior</u> to the November 8, 2006 hearing, unilaterally and without notice, <u>predetermined</u>, <u>inter alia</u>:

1. That Irons LLC is a faux corporation.

2. That the <u>real plaintiff party</u> in interest is <u>not Irons LLC</u>—but instead <u>Edward S. Irons</u>.

3. In effect, that the Complaint in this case is an abuse of process <u>because</u> it was <u>not</u> filed to procure the relief set forth in the "Prayer", but instead it was filed for an <u>improper purpose</u>, *i.*e., by "an angry father getting some revenge for his daughter's divorce" [Tr. 23, ll. 8-10].

4. That the issues in this <u>Federal</u> case can be resolved in the said divorce proceeding and, on that false premise, granted defendant's November 8, 2006 oral motion to <u>defer</u> any "mediation...until after the divorce negotiations are complete" [Tr. 21, ll. 20-21].

The inference invited by predetermined issue 4 above is that the defendant and his wife <u>inter se</u> have agreed upon a division of their alleged "assets" as a basis for an amicable divorce,

and, hence, that the divorce tribunal can simply implement that agreement in a divorce decree.  However, Rule of Professional Conduct 3.3 requires that the divorce court be <u>fully advised</u> as to the <u>issues in this case</u> as a prerequisite to the entry of <u>any</u> divorce decree whatever.

At the Scheduling Conference on November 8, 2006, the Court from the bench stated:

> THE COURT:  This looks to me like an ugly family squabble.  I don't think it belongs in federal court in the first place.  There may be a motion to dismiss for want of jurisdiction.  What is it you want out of this case, Mr. Irons, besides some form of revenge against your son-in-law? [Tr. 9, l. 24 to Tr. 10, l. 3]
> 
>         ***
> 
> THE COURT:  Well, this case doesn't sound like a federal lawsuit to me.  I mean, frankly, it's a nice juicy human interest ugly story, and it might make life a lot more interesting for us around here than the ordinary run of federal lawsuits do, but it doesn't belong here.  It doesn't belong in any court, as far as I can tell.  It sounds to me like this is an angry father getting some revenge for his daughter's divorce.  [Tr. 13, ll. 14-20]
> 
>         ***
> 
> THE COURT:  I repeat to both of you, this case I don't think belongs in federal court, but we'll see the motion if we have to see the motion.  [Tr. 23, ll. 8-10]

Edward S. Irons states, as plaintiff's counsel, that the record evidence demonstrates at least an appearance of

impropriety contrary to Canon 2 and of partiality contrary to Canon 3.

/s/_____
Edward S. Irons
D.C. Bar No. 149898
Edward S. Irons, P.C.
3945 - 52nd Street, N. W.
Washington, D. C. 20016
(202) 362-5332 - voice
(202) 966-1338 - fax
Tingent@aol.com - email
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of November, 2006, a copy of the foregoing was served by filing with the Court's CM/ECF system upon Robert E. Grant, Furey, Doolan & Abell, LLP, 8401 Connecticut Avenue, Suite 1100, Chevy Chase, Maryland 20815-5803, E-mail address: rgrant@fdalaw.com.

/s/_____
Edward S. Irons

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRONS LLC                                    :
                                             :
            Plaintiff                        :
                                             :
      v.                                     :   Civil Action No.
                                             :   1:06CV00904JR
WILLIAM FREDERICK BRANDES                    :
                                             :
            Defendant                        :

### [PROPOSED] ORDER

Plaintiff Irons LLC, having invoked Judicial Canons 2, 2A and 3 to move for recusal of the Honorable United States District Court Judge James Robertson; and

The Court having considered the plaintiff's Motion for Recusal and the evidence upon which it relies, namely, the transcript of the November 8, 2006 Scheduling Conference; and

Being otherwise fully informed and having reviewed Judicial Canons 2, 2A and 3,

IT IS HEREBY ORDERED, this _____ day of _____, 2006, that the Plaintiff's Motion for Recusal is GRANTED, and Judge James Robertson shall not sit in this case at any time after entry of this Order.

                                             _____