THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRONS, LLC,

    *Plaintiff*,

v.

WILLIAM FREDERICK BRANDES,

    *Defendant*.

Civil Action No. 06-cv-904 JR

## ***ORDER***

UPON CONSIDERATION of Plaintiff's Motion to Disqualify, and Defendant's Memorandum of Points and Authorities in Opposition thereto, it is this _____ day of December, 2006, by the United States District Court for the District of Columbia, hereby

ORDERED, that Plaintiff's Motion to Disqualify be, and the same hereby is, DENIED.