THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONS, LLC, | : |
| *Plaintiff*, | : |
| v. | : Civil Action No. 06-cv-904 JR |
| WILLIAM FREDERICK BRANDES, | : |
| *Defendant*. | : |

### ***ORDER***

UPON CONSIDERATION of Plaintiff's Motion for Recusal, and Defendant's Memorandum of Points and Authorities in Opposition thereto, it is this _____ day of December, 2006, by the United States District Court for the District of Columbia, hereby

ORDERED, that Plaintiff's Motion for Recusal be, and the same hereby is, DENIED.

{FDADB\00763682\v1\7047\02 12/2/2006 01:04 PM}