UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRONS, LLC                         :
                                   :
          Plaintiff                :
                                   :
     v.                            :   Civil Action No.
                                   :   1:06CV00904JR
WILLIAM FREDERICK BRANDES           :
                                   :
          Defendant                :

NOTICE OF FILING OF
[PROPOSED] ORDER DENYING
"DEFENDANT'S MOTION TO DISMISS AND
FOR COSTS PURSUANT TO RULE 41(d)"

This [Proposed] Order Denying Defendant's Motion to Dismiss and for Costs Pursuant to Rule 41(d) is filed pursuant to the statement in Plaintiff's Points and Authorities in Opposition to "Defendant's Motion to Dismiss and for Costs Pursuant to Rule 41(d)" filed December 1, 2006 that "Plaintiff will file a proposed order as a separate document" (p. 14).

/s/_____
Edward S. Irons
D.C. Bar No. 149898
Edward S. Irons, P.C.
3945 - 52nd Street, N. W.
Washington, D. C. 20016
(202) 362-5332 - voice
(202) 966-1338 - fax
Tingent@aol.com - email
Attorney for Plaintiff

LLCv.brandes - not prop order - mtndis

-1-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of December, 2006, a copy of the foregoing was served by filing with the Court's CM/ECF system upon Robert E. Grant, Furey, Doolan & Abell, LLP, 8401 Connecticut Avenue, Suite 1100, Chevy Chase, Maryland 20815-5803, E-mail address: rgrant@fdalaw.com.

/s/ _____
Edward S. Irons