```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

IRONS, LLC                            :
                                      :
           Plaintiff                  :
                                      :
      v.                              :   Civil Action No.
                                      :   1:06CV00904JR
WILLIAM FREDERICK BRANDES             :
                                      :
           Defendant                  :
```

### [PROPOSED] ORDER DENYING
### "DEFENDANT'S MOTION TO DISMISS AND
### FOR COSTS PURSUANT TO RULE 41(d)"

WHEREAS, the record includes, but is not limited to:

(a) Defendant's Motion to Dismiss and For Costs Pursuant to Rule 41(d);

(b) Defendant's Statement of Points and Authorities in Support of His Motion to Dismiss and for Costs Pursuant to Rule 41(d);

(c) Plaintiff's Points and Authorities in Opposition to "Defendant's Motion to dismiss and for Costs Pursuant to Rule 41(d)";

(d) Plaintiff's Motion Under Fed.R.Civ.P. 4(d);

(e) Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion Under Fed.R.Civ.P. 4(d);

LLCv.brandes - prop order - mtndis

(f) Reply in Support of Plaintiff's Motion Under Fed.R.Civ.P. 4(d);

(g) Supplement to Reply in Support of Plaintiff's Motion Under Fed.R.Civ.P. 4(d); and

WHEREAS, pursuant to Fed.R.Civ.P. 52(a), the Court, having considered all of the submissions of the parties and being otherwise fully advised, finds as facts that:

1. For the reasons set forth in plaintiff's Opposition, the Defendant's Statement of Points and Authorities in Support of His Motion to Dismiss and for Costs Pursuant to Rule 41(d) do violate RPC 4.1(a) and RPC 8.4(a).

2. The Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion Under Fed.R.Civ.P. 4(d) violate Fed.R.Civ.P. 11 for the reasons stated in the Supplement to Reply in Support of Plaintiff's Motion Under Fed.R.Civ.P. 4(d).

WHEREFORE, IT IS RULED THAT:

(A) Defendant's Motion to Dismiss and for Costs Under Rule 41(d) is DENIED.

(B) Plaintiff's Motion Under Fed.R.Civ.P. 4(d) is GRANTED.

(C) Defendant shall pay to plaintiff its costs, including attorney's fees, reasonably incurred by plaintiff with respect to

LLCv.brandes - prop order - mtndis

  (i) Plaintiff's Motion Under Fed.R.Civ.P. 4(d) and

  (ii) Defendant's Motion to Dismiss and for Costs Pursuant to Rule 41(d).

_____    _____
**Date**                     **Judge**