November 19, 2005

TO: EDWARD S. IRONS
MANAGING MEMBER
IRONS LLC

FROM: CARIN L. BRANDES

SUBJECT: CONTROL OF IRONS LLC

---

1. As of November 19, 2005 (the date of this instruction letter), the members of Irons LLC and the percentage of ownership of each member is:

| | |
|---|---|
| Carin L. Brandes | 21.6056% |
| William F. Brandes | 21.6056% |
| Lauren Brandes Trust | 21.6056% |
| Edward S. Irons | 17.5916% |
| Mary L. Irons | 17.5916% |

2. The Managing Member is hereby irrevocably ordered and directed to always consider my percentage ownership in Irons LLC, i.e., 21.6056%, together with that of Edward S. Irons and Mary L. Irons, whereby control of Irons LLC shall always be vested in Edward S. Irons and Mary L. Irons in conjunction with Carin L. Brandes representing a total ownership interest of 56.7888%:

| | |
|---|---|
| Edward S. Irons | 17.5916% |
| Mary L. Irons | 17.5916% |
| Carin L. Brandes | 21.6056% |

3. The Managing Member is advised and instructed that I will never assert any interest in Irons LLC which conflicts in any way whatever with the desires of Edward S. Irons.

4. It is my intent that the Managing Member shall, without exception, treat the percentage interests of Edward S. Irons, Mary L. Irons and Carin L. Brandes as an ownership single unit amounting to a 56.7888% controlling interest in Irons LLC.

*Carin Brandes 3/10/06*
Carin L. Brandes

EXHIBIT A