```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

IRONS, LLC                          :
                                    :
            Plaintiff               :
                                    :
       v.                           :   Civil Action No.
                                    :   1:06CV00904JR
WILLIAM FREDERICK BRANDES           :
                                    :
            Defendant               :
```

### [PROPOSED] ORDER

WHEREAS, the record includes, but is not limited to:

(a) Plaintiff's Notice of Amendment to Articles of Organization of Irons LLC;

(b) Defendant's Response to Plaintiff's Notice of Amendment to Articles of Organization of Irons LLC; and

(c) Reply in Support of Plaintiff's Notice of Amendment to Articles of Organization of Irons LLC.

WHEREAS, the Court, having considered all of the submissions of the parties and being otherwise fully advised, hereby orders:

1. Plaintiff's Amendment to the Articles of Organization of Irons LLC attached to plaintiff's Notice is proper and is effective as of November 13, 2006.

LLCv.brandes - prop order -artsamend

2.  Defendant shall pay to plaintiff all costs and attorney's fees reasonably incurred because of defendant's dishonest "Response to Plaintiff's Notice".

3.  Payment pursuant to paragraph 2 of this Order shall be made to plaintiff within five (5) days of service by plaintiff of a verified bill of costs.

_____           _____
**Date**                                      **Judge**