```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

IRONS LLC                         :
                                  :
           Plaintiff              :
                                  :
      v.                          :  Civil Action No.
                                  :  1:06CV00904JR
WILLIAM FREDERICK BRANDES         :
                                  :
           Defendant              :
```

### POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR RECUSAL

#### I.

Because "Plaintiff's Motion for Recusal" asserts <u>no claim against him, defendant lacks standing to oppose</u>.  Hence, defendant's "Opposition" is not properly before the Court.  It should be disregarded.

#### II.

Should the Court nevertheless consider the Opposition, it will find that the Opposition is sheer fatuity.  The Opposition first acknowledges that plaintiff's Motion "fails to identify any statutory or common law basis for its request" [Opp. 1], and then goes on to argue an issue which it has already admitted that the plaintiff's Motion does not raise, *i.e.*, whether "[r]ecusal is required by 28 U.S.C. § 455".  <u>Id</u>.

These Points and Authorities in Support of Plaintiff's Motion do not accept defendant's invitation to inject any §455 issues into this motion proceeding, and hence, do not address defendant's §455 arguments.

The reasons for recusal that the plaintiff's Motion do raise are not addressed and, therefore, conceded by the Opposition.

## CONCLUSION

The plaintiff's Motion for Recusal must be granted.

/s/_____
**Edward S. Irons**
D.C. Bar No. 149898
Edward S. Irons, P.C.
3945 - 52nd Street, N. W.
Washington, D. C. 20016
(202)  362-5332 - voice
(202)  966-1338 - fax
Tingent@aol.com - email
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2006, a copy of the foregoing was served by filing with the Court's CM/ECF system upon Robert E. Grant, Furey, Doolan & Abell, LLP, 8401 Connecticut Avenue, Suite 1100, Chevy Chase, Maryland 20815-5803, E-mail address: rgrant@fdalaw.com.

/s/_____
**Edward S. Irons**