UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRONS, LLC                        :
                                  :
                    Plaintiff     :
                                  :
            v.                    : Civil Action No.
                                  : 1:06CV00904JR
WILLIAM FREDERICK BRANDES         :
                                  :
                    Defendant     :

### PLAINTIFF'S NOTICE OF WITHDRAWAL
### OF [PROPOSED] ORDER

### PRIOR PROCEEDINGS

__November 13, 2006__ - Plaintiff's "Notice of Amendment to Articles of Organization of Irons LLC".

__December 2, 2006__ - "Defendant's Response to Plaintiff's Notice of Amendment to Articles of Organization of Irons LLC".

__December 6, 2006__ - Plaintiff's "Reply in Support of Notice of Amendment to Articles of Organization of Irons LLC", including "[Proposed] Order".

The Court and counsel are notified that the plaintiff hereby withdraws _ab initio_, without prejudice, only the "[Proposed] Order" which was filed on December 6, 2006 concurrently with the "Reply in Support of Notice of Amendment to Articles of Organization of Irons LLC". The Reply is otherwise maintained.

LLCv.brandes -withdrawal- prop order -artsamend

-1-

This Notice is submitted in view of the enclosed copy of a letter dated December 4, 2006, but received by plaintiff in an envelope postmarked December 7, 2006.  Please note that the enclosed letter is on the letterhead of the Commonwealth of Virginia, State Corporation Commission, Office of the Clerk.  The said letter is signed by Marian L. Craft, Clerk's Office.  The last two paragraphs of the enclosed letter from the Clerk's Office read:

> We have deposited the $25.00 submitted for the filing of this document and will credit it to the required fees when the document is returned and filed.  Please note that, unless the document is resubmitted or a refund is requested prior to 12 months after the date of deposit, these funds will be irretrievably forfeited to the Treasurer of Virginia.

> NOTE:  Return this letter with your resubmission of all required documents to ensure prompt processing and proper crediting of fees.

The Amendment will be resubmitted on or before January 5, 2007.

/s/_____
Edward S. Irons
D.C. Bar No. 149898
Edward S. Irons, P.C.
3945 - 52nd Street, N. W.
Washington, D. C. 20016
(202)  362-5332 - voice
(202)  966-1338 - fax
Tingent@aol.com - email
Attorney for Plaintiff

LLCv.brandes -withdrawal- prop order -artsamend

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of December, 2006, a copy of the foregoing was served by filing with the Court's CM/ECF system upon Robert E. Grant, Furey, Doolan & Abell, LLP, 8401 Connecticut Avenue, Suite 1100, Chevy Chase, Maryland 20815-5803, E-mail address: rgrant@fdalaw.com.

/s/_____

Edward S. Irons

LLCv.brandes -withdrawal- prop order -artsamend