MARK C. CHRISTIE
CHAIRMAN

THEODORE V. MORRISON, JR.
COMMISSIONER

JUDITH WILLIAMS JAGDMANN
COMMISSIONER

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

**COMMONWEALTH OF VIRGINIA**

STATE CORPORATION COMMISSION
Office of the Clerk

December 4, 2006

EDWARD S IRONS
3945 522ND ST NW
WASHINGTON, DC 20016

RE: IRONS LLC
ID: S087786 - 2
DCN: 06-11-15-4022

Dear Customer:

We are returning the articles of amendment/articles of restatement/articles of correction/certificate of correction for the following reasons:

The articles of amendment or restatement must include a statement that the amendment or restatement was adopted by a vote of the members, by the managers or by the organizers of the limited liability company, in accordance with Chapter 12 of Title 13.1 of the Code of Virginia. See Sections 13.1-1014 and 13.1-1014.1 of the Code of Virginia. The statement must identify the capacity of the persons upon whose authority the amendment or restatement was adopted.

If the limited liability company has members, an amendment or restatement must be approved by that number or percentage of members required to amend an operating agreement, unless the articles of organization or a written operating agreement provide otherwise. If the company was formed without members and no members have been admitted, an amendment or restatement may be adopted by a majority of the persons named as a manager in the articles of organization. If there are no members or managers, an amendment or restatement may be approved by a majority of the organizers of the company. See Sections 13.1-1014 and 13.1-1014.1 of the Code of Virginia.

The date of adoption of the amendment must be set forth in the articles. See Section 13.1-1014 of the Code of Virginia.

Upon whose authority was the amendment adopted on behalf of the company? See Sec. 13.1-1014 of the Code of Virginia.

We have deposited the $25.00 submitted for the filing of this document and will credit it to the required fees when the document is returned and filed. Please note that, unless the document

LLAREJ
CIS0320

Tyler Building, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/division/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

is resubmitted or a refund is requested prior to 12 months after the date of deposit, these funds will be irretrievably forfeited to the Treasurer of Virginia.

NOTE: Return this letter with your resubmission of all required document(s) to ensure prompt processing and proper crediting of fees.

Sincerely,

*Marian L. Craft*

Marian L. Craft
Clerk's Office
(804) 371-9071

LLAREJ
CIS0320