UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
IRONS, LLC                              :
                                        :
            Plaintiff                   :
                                        :
      v.                                :   Civil Action No.
                                        :   1:06CV00904JR
WILLIAM FREDERICK BRANDES               :
                                        :
            Defendant                   :
```

NOTICE OF TEMPORARY ADDRESS

Please note the following temporary address for attorney for plaintiff from January 2, 2007 until February 28, 2007:

> Edward S. Irons
> 648 South Reeve Road
> Dataw Island
> St. Helena Island, SC 29920
> Phone:  843/838-5719 or 843/838-7800
> Fax:    843/838-0078

> /s/
> ─────────────────────────
> Edward S. Irons
> D.C. Bar No. 149898
> 3945 - 52nd Street, N. W.
> Washington, D. C. 20016
> (202) 362-5332 - voice
> (202) 966-1338 - fax
> Tingent@aol.com - email
> Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of January, 2007, a copy of the foregoing was served by filing with the Court's CM/ECF system upon Robert E. Grant, Furey, Doolan & Abell, LLP, 8401 Connecticut Avenue, Suite 1100, Chevy Chase, Maryland 20815-5803, E-mail address: rgrant@fdalaw.com.

> /s/
> ─────────────────────────
> Edward S. Irons