LAW OFFICES

# FUREY, DOOLAN & ABELL, LLP

SUITE 1100
8401 CONNECTICUT AVENUE
CHEVY CHASE, MARYLAND 20815-5819
(301) 652-6880
FAX: (301) 652-8972
www.fdalaw.com

DEVIN JOHN DOOLAN
W. SHEPHERDSON ABELL
ELSIE L. REID
PHILIP L. O'DONOGHUE
MARIANNE RENJILIAN LOMAN
JULIA L. O'BRIEN
VINCENT C. BURKE, III
MICHAEL A. DYMERSKY*
JAMES G. NOLAN
ROBERT L. BROWNELL
PATRICK F. GREANEY

*ALSO ADMITTED IN VA

LILLIAM L. MACHADO
ROBERT E. GRANT
CHARLES S. ABELL
MICHAEL F. X. DOLAN, J

TANYA CALVELLI BERNST
MEGAN M. WALLACE*
JEANNETTE OWEN ROEGO
REBECCA L. BIXLER

EGBERT R. FERGUSON, JR
SAMUEL S. D. MARSH
HAL WITT
OF COUNSEL

rgrant@fdalaw.

December 14, 2006

Edward S. Irons, Esquire
3945 52 Street, N.W.
Washington, D.C. 20016

Re:   Irons, LLC v. William Brandes, Case No. 06-cv-904 (JR)

Dear Mr. Irons:

I have your letter dated December 14, 2006. As I think you know by now, I do not agree with your assessment of my ethical obligations in this matter. I must, therefore, respectfully decline your invitation to withdraw. In any event, we will have a ruling on your motion to disqualify soon enough.

Perhaps you are concerned about my fees because of the indemnification provision of Section 22(G) of the Operating Agreement. You should be advised that Mr. Brandes reserves all rights under that provision. At present, however, I do not believe it is necessary or appropriate for me to refund any fees to Mr. Brandes or to divulge anything about my fees to you.

Very truly yours,

Robert E. Grant

cc:   Client

{FDADB\00764497\v1\7047\02 12/14/2006 10:19 AM}