```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

IRONS LLC                              :
                                       :
         Plaintiff                     :
                                       :
         v.                            :  Civil Action No.
                                       :  1:06CV00904JR
WILLIAM FREDERICK BRANDES              :
                                       :
         Defendant                     :

PROPOSED ORDER RE:
**PLAINTIFF'S MOTION FOR ORDER TO ENFORCE D.R. 2-110(B)(2)**

The Court having considered all of the submissions of the parties with regard to "Plaintiff's Motion for Order to Enforce D.R. 2-110(B)(2)" and being otherwise fully advised, hereby ORDERS:

(1) Because defendant's counsel Robert E. Grant has violated and is violating D.R. 2-110(B)(2), Grant is hereby precluded, after the date of this Order, from any representation whatever of defendant Brandes in this or any related proceeding.

(2) All pleadings or other papers signed or filed in this proceeding by Robert E. Grant, including but not limited to, "Defendant's Motion to Dismiss and for Costs Pursuant to Rule 41(d)", are stricken from the record of this case.

_____          _____
Date                                     Judge