UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IRONS LLC | : | |
|     Plaintiff | : | |
| | : | |
|     v. | : | Civil Action No. |
| | : | 1:06CV00904JR |
| WILLIAM FREDERICK BRANDES | : | |
|     Defendant | : | |

PROPOSED ORDER RE:
PLAINTIFF'S MOTION FOR SANCTIONS
UNDER D.R. 1-102(A)(4) AND R.P.C. 8.4(C) AND (D)

The Court, having considered all of the submissions of the parties with regard to "Plaintiff's Motion for Sanctions Under D.R. 1-102(A)(4) and R.P.C. 8.4(c) and (d)" and being otherwise fully advised:

(1) Plaintiff's Motion is hereby GRANTED.

(2) The Court finds as a fact that:

(a) The conduct of Robert E. Grant as defendant's counsel in this proceeding has been dishonest and violates Disciplinary Rule 1-102(A)(4) and Rules of Professional Conduct 8.4(c) and (d).

(b) Plaintiff is awarded its costs and attorney's fees in connection with this Motion.

(c) Defendant's counsel Robert E. Grant is suspended from the practice of law in the District of Columbia for _____ days.

_____       _____
Date      Judge