THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRONS, LLC,

    *Plaintiff*,

v.

WILLIAM FREDERICK BRANDES,

    *Defendant*.

Civil Action No. 06-cv-904 JR

### *MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE D.R. 2-110(b)(2)*

Defendant adopts his Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Disqualify herein by reference pursuant to Fed. R.Civ. P.10(c) and, for the reasons set forth therein, respectfully submits that plaintiff's motion must be denied.[1]

Respectfully submitted,

FUREY, DOOLAN & ABELL, LLP

By: /s/ Robert E. Grant
Robert E. Grant, Bar No. 458157
8401 Connecticut Avenue
Suite 1100
Chevy Chase, Maryland 20815-5803
Tel. 301.652.6880
Fax 301.652.8972
E-mail rgrant@fdalaw.com

*Attorneys for Defendant*

---

[1] In any event, the old Disciplinary Rules have been superseded by the adoption of the Rules of Professional Conduct. *See* Preface to the Rules of Professional Conduct and L.Cv.R. 83.15 (conduct of attorneys in this Court governed by Rules of Professional Conduct).

{FDADB\00766502\v1\7047\02 1/18/2007 10:47 AM}

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of January, 2007, a copy of the foregoing was served by filing with the Court's CM/ECF system upon Edward S. Irons, Esquire, 3945 52nd Street, N.W., Washington, D.C. 20016, Attorney for Plaintiff.

                                              /s/ Robert E. Grant
                                              Robert E. Grant