THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IRONS, LLC, | : |
| *Plaintiff*, | : |
| v. | : Civil Action No. 06-cv-904 JR |
| WILLIAM FREDERICK BRANDES, | : |
| *Defendant*. | : |

### MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS UNDER D.R. 1-102(a)(4) AND R.P.C. 8.4(c) AND (d)

Plaintiff's Motion for Sanctions Under D.R. 1-102(a)(4) and R.P.C. 8.4(c) and (d) accuses undersigned counsel of dishonesty and interfering with the administration of justice by arguing that the instant action is an attempt by Edward Irons to interject himself into his daughter's divorce. Plaintiff contends that that argument is dishonest because the "dispositive issue" in this case "is whether defendant Brandes actually owns the interest he claims in the plaintiff corporation." Pl's Mot. for Sanctions Under D.R. 1-102(a)(4) and R.P.C. 8.4(c) and (d), p.4 (emphasis in original). In point of fact, however, there is no dispute that defendant actually owns an interest in and is a member of Irons, LLC. Plaintiff's First Amended Complaint is replete with references to defendant's having been assigned an interest and becoming a member. First Amended Compl., ¶¶ 17, 20, 23, 29, 30 & *passim*. Indeed, the First Amended Complaint makes it plain that defendant owns a 21.6056% interest in the LLC. *Id.*, ¶ 33. What plaintiff actually contends is not that defendant owns no interest, but rather that defendant's interest was fraudulently procured, and that defendant should be required to transfer his interest to the LLC, or to his wife or daughter. *Id.*, pp. 16-17. Because plaintiff's basis for demanding that remedy is the allegation that defendant fraudulently concealed the purported instability of his marriage from Mr.

Irons, undersigned counsel suggested that it was a matter "best reserved to defendant's divorce case." Def's Memo. of Points & Authorities in Opp'n to Pl's Mot. Under Fed. R.Civ. P.4(d), p.5.

Plaintiff's disagreement with that argument does not render it a dishonest one, nor does undersigned counsel's making it interfere with the administration of justice. Defendant adopts his Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Disqualify herein by reference pursuant to Fed. R.Civ. P.10(c). For the reasons set forth herein and in that paper, defendant respectfully submits that plaintiff's motion must be denied.

Respectfully submitted,

FUREY, DOOLAN & ABELL, LLP

By: /s/ Robert E. Grant
Robert E. Grant, Bar No. 458157
8401 Connecticut Avenue
Suite 1100
Chevy Chase, Maryland  20815-5803
Tel. 301.652.6880
Fax 301.652.8972
E-mail rgrant@fdalaw.com

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2007, a copy of the foregoing was served by filing with the Court's CM/ECF system upon Edward S. Irons, Esquire, 3945 52nd Street, N.W., Washington, D.C. 20016, Attorney for Plaintiff.

/s/ Robert E. Grant
Robert E. Grant