THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IRONS, LLC,

    *Plaintiff*,

v.

WILLIAM FREDERICK BRANDES,

    *Defendant*.

Civil Action No. 06-cv-904 JR

## ***ORDER***

UPON CONSIDERATION of Plaintiff's Motion for Sanctions Under D.R. 1-102(a)(4) and R.P.C. 8.4(c) and (d), and Defendant's Memorandum of Points and Authorities in Opposition thereto, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia, hereby

ORDERED, that Plaintiff's Motion for Sanctions Under D.R. 1-102(a)(4) and R.P.C. 8.4(c) and (d) be, and the same hereby is, DENIED.

{FDADB\00766569\v1\7047\02 1/18/2007 04:12 PM}