**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IRONS, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-0904 (JR) |
| | : |
| WILLIAM FREDERICK BRANDES, | : |
| | : |
| Defendant. | : |

## ORDER

For the reasons set forth in the accompanying memorandum, defendant's motion to dismiss and for costs [#12] is **granted**, except for attorney's fees. All other pending motions [## 3, 13, 14, 15, 26 and 27) are **denied**. This case is **dismissed**. This is a final, appealable order.

                                        JAMES ROBERTSON
                            United States District Judge