UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
FEB 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IRONS LLC
        Plaintiff

v.

WILLIAM FREDERICK BRANDES
        Defendant

Civil Action No.
1:06CV00904JR

NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Irons LLC, the plaintiff, appeals to the United States Court of Appeals for the District of Columbia Circuit from the final Order of the United States District Court for the District of Columbia entered in this case on February 15, 2007 granting Defendant's Motion to Dismiss and for costs, except for attorney's fees, and denying the following motions filed by plaintiff:

| Motion No. | Title | Filed |
|---|---|---|
| 3 | Plaintiff's Motion for Attorney Fees | 10/05/06 |
| 13 | Plaintiff's Motion to Disqualify Counsel | 11/24/06 |
| 14 | Plaintiff's Motion for Recusal | 11/24/06 |
| 26 | Plaintiff's Motion to Enforce D.R. 2-110(B)(2) | 01/10/07 |

LLCvBrandes-notice of appeal

-1-

```
     27         Plaintiff's Motion for Sanctions
                Under D.R. 1-102(A)(4) and
                R.P.C. 8.4(c) and (d)              01/10/07
```

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

Irons, LLC
<u>Plaintiff</u>
Counsel:                    Edward S. Irons
                            3945 - 52nd Street, N. W.
                            Washington, D. C. 20016

William Brandes
<u>Defendant</u>
Counsel:                    Robert E. Grant,
                            Furey, Doolan & Abell, LLP
                            8401 Connecticut Avenue
                            Suite 1100
                            Chevy Chase, Maryland 20815-5803


Dated:  February 21, 2007

                            _____
                            Edward S. Irons
                            D.C. Bar No. 149898
                            3945 - 52nd Street, N. W.
                            Washington, D. C. 20016
                            (202) 362-5332 - voice
                            (202) 966-1338 - fax
                            Tingent@aol.com - email
                            Attorney for Plaintiff

LLCvBrandes-notice of appeal