UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IRONS, LLC | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 1:06CV00904JR |
| WILLIAM FREDERICK BRANDES | : | |
| Defendant | : | |

NOTICE OF ADDRESS

Please note the following permanent address for attorney for plaintiff from and after February 28, 2007:

>Edward S. Irons
>3945 Fifty-Second Street, N. W.
>Washington, D. C. 20016
>Phone:  202/362-5332
>Fax:    202/966-1338
>Email:  Tingent@aol.com


/s/
Edward S. Irons
D.C. Bar No. 149898
3945 - 52nd Street, N. W.
Washington, D. C. 20016
(202)  362-5332 - voice
(202)  966-1338 - fax
Tingent@aol.com - email
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2007, a copy of the foregoing was served by filing with the Court's CM/ECF system upon Robert E. Grant, Furey, Doolan & Abell, LLP, 8401 Connecticut Avenue, Suite 1100, Chevy Chase, Maryland 20815-5803, E-mail address: rgrant@fdalaw.com.

/s/
Edward S. Irons